## Lodge Supreme Building Corporation, Inc., Appellant, v. George Love, Appellee.

Gen. No. 45,387.

George W. Lawrence, and Antoine L. Joseph, for appellant; no appearance for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed November 5, 1951; released for publication November 20, 1951.

## Sarah Braverman, Appellant, v. Nathan Goldman, Appellee.

Gen. No. 45,400.

Shulman, Shulman & Abrams, for appellant; Joseph A. Rosin, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed November 5, 1951; released for publication November 20, 1951.